# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| AMY CELZNICK, ) | CASE NO. 1:19 CV 2931 |
| ) | |
| Plaintiff, ) | JUDGE DAN AARON POLSTER |
| ) | |
| vs. ) | **ORDER OF DISMISSAL** |
| ) | **WITH PREJUDICE** |
| VISITING NURSE ASSOCIATION ) | |
| HEALTHCARE PARTNERS OF OHIO, ) | |
| ) | |
| Defendant. ) | |

The Court held a Telephonic Case Management Conference on March 24, 2020 at which time the Court engaged the parties in settlement discussions, and scheduled a followup teleconference on June 4, 2020. The Court was advised by counsel that the parties have settled their dispute. Accordingly, the above-captioned case is settled and dismissed with prejudice, each party to pay its own costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

The June 4, 2020 teleconference is hereby cancelled.

**IT IS SO ORDERED.**

          /s/ Dan A. Polster    June 4, 2020
**Dan Aaron Polster**
**United States District Judge**